UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

WRIGHT

Defendant(s)

CRIMINAL NO. 08 MJ 897

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Hilda Gabriela Zelada-Juarez

DATED: 4/1/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED 2008 APR -1 P 2: 11 U.S. MARSHAL SOUTHERN DISTRICT OF CAL

RECEIVED ________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

* U.S. GPO: 2003-581-774/70082